```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT            FILED

                                                       Oct 22  8 48 AM '03
SPECTOR                          :
                                                       U.S DISTRICT COURT
v.                               :    NO. 3:03cv253 (JBA)  NEW HAVEN, CONN.

EQUIFAX                          :
```

### SCHEDULING ORDER

At the status conference with counsel on 10/21/03, the following schedule was ordered:

1. The parties' Cross Motions for Summary Judgment, with Stipulation of Undisputed Facts, will be filed 12/30/03; opposition will be filed 1/22/04; and replies, if any, will be filed 2/2/04.

2. The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. See Order of Referral.

IT IS SO ORDERED.



Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   **October 21, 2003**