<pre>
</pre>
<pre>
</pre>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SPECTOR | : | FILED |
| v. | : | NO. 3:03cv253(JBA)   8 49 AM '03 |
| EQUIFAX | : | U.S DISTRICT COURT NEW HAVEN, CONN. |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference:
    *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
    *(Orefmisc.dscv)*

- Ruling:
    *(Orefm.)*

- Referred for hearing:
    *(Orefcs.)*

IT IS SO ORDERED.



Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **October 21, 2003**