IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 13  2 50 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

----------------------------------------------------------x

WILLIAM SPECTOR                               :

                                              :     3:03 CV 253 (JBA)

                                              :

V.                                            :

                                              :

EQUIFAX INFORMATION SERVICES,                 :     DATE: NOVEMBER 13, 2003
LLC                                           :
----------------------------------------------------------x


## RULING FOLLOWING _IN CAMERA_ REVIEW

Familiarity is presumed with this Magistrate Judge's Ruling on Pending Discovery Motions, filed October 17, 2003 (Dkt. #36). With respect to Production Request No. 7 (all policies, protocols, and procedures relating to putting a consumer's credit file in off-line status), plaintiff's Motion to Compel was granted in part, such that defendant was ordered to submit two unredacted pages to this Magistrate Judge for her in camera review on or before November 7, 2003. (At 5). In accordance with this ruling, on November 5, 2003, these two pages were received by the Magistrate Judge and have been filed under seal. (Dkt. #40).

After careful review of these two pages, the Court agrees that the redacted materials constitute attorney-client privilege or work-product material, and thus need not be disclosed to plaintiff.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

AO 72A
(Rev. 8/82)

See 28 U.S.C. § 636(b)(**written objections to ruling must be filed within ten days after service of same**);  F.R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d 15, 16 (2d Cir. 1989)(**failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit**).

Dated at New Haven, Connecticut, this 13th day of November, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

2