UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.  CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC  November 21, 2003

## PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S PROTECTIVE ORDER

Pursuant to D. Conn. Local Rule 72.2 for Magistrate Judges, plaintiff objects to the following portions of the November 12, 2003 Protective Order Doc. No. 39, as clearly erroneous, contrary to law or an abuse of discretion:

The Order ¶ 6 insofar as it orders that information designated confidential be filed under seal "in connection with a motion, trial, or other proceeding," with only Court and counsel having access thereto. The Order is clearly erroneous and contrary to law in mandating sealing for trial documents or dispositive motions, and is thus an abuse of discretion. Documents used at trial or in filed in connection with a dispositive motion may not be held under seal. They belong to the public in those circumstances. See United States v. Graham, 257 F.3d 143 (2d Cir. 2001) (public access to court material); Foltz v. State Farm Mutual Auto. Ins. Co., 331 F.3d 1122 (9th Cir. 2003) (burden to make particular showing of good cause and show specific harm). *Cf*. In re Sealed Case, 339 U.S. App. D.C. 309, 199 F.3d 522, 525 (D.C. Cir. 2000) (collecting cases requiring public docketing in judicial proceedings).

The Order ¶ 10 insofar as it gives defendant complete veto power over plaintiff's choice of experts and contravenes the Federal Rules regarding disclosure by mandating that plaintiff clear the names of such experts (whether ultimately used or merely

consulted as part of counsel's work product) with Equifax in advance. The Order is clearly erroneous and contrary to law in this respect, and is thus an abuse of discretion. Fed. R.Civ. P. 26(b)(3), (4), (5); D. Conn. L. Civ. Rule 37(a)1.  In view of ¶ 4 of the Order, there is no reason to treat an employee of a credit bureau differently.

                                                THE PLAINTIFF

                                                BY_____
                                                JOANNE S. FAULKNER ct04137
                                                123 Avon Street
                                                New Haven, CT 06511-2422
                                                (203) 772-0395
                                                j.faulkner@snet.net

      This is to certify that the foregoing was mailed on November 20, 2003, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

                                                _____
                                                Joanne S. Faulkner