IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SPECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:03CV00253 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | DECEMBER 3, 2003 |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RULING
FOLLOWING IN-CAMERA REVIEW**

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by counsel, and hereby files its response to Plaintiff's Objection to Magistrate Judge's Ruling Following In-Camera Review as follows:

1. The redacted portions of the Equifax documents deal directly with privileged communications between Equifax and its outside counsel. The pages themselves are captioned "New Litigation" and "Closed Litigation". The non-redacted portions provide specific actions taken in relation to litigation and do not deal with Equifax's processing of "every day" disputes from consumers. The information is clearly privileged and the Magistrate Judge's ruling was correct.

2. Further, none of the redacted information is relevant to any of Plaintiff's claims. Equifax has produced the issues relevant to the off-line procedure. None of the information that has been redacted bears on any of Plaintiff's claims in this case.

WHEREFORE, Defendant Equifax requests that Plaintiff's objection be denied and that the Magistrate Judge's ruling stand "as is".

Respectfully submitted,

EQUIFAX INFORMATION
  SERVICES, LLC

By_____
Eric D. Daniels (ct 01582)
ROBINSON & COLE LLP
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3697
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

and, of counsel

J. Anthony Love, Esq.
Georgia Bar No. 459155
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel. No. (404) 815-6500

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the 3rd day of December, 2003 to:

>Attorney Joanne S. Faulkner
>123 Avon Street
>New Haven, CT  06511-2422

Eric D. Daniels