UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rescheduled Settlement Conference
Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 10, 2003

~~10:00~~ 9:30 A.M.

*Held 9:30 - 11:45 AM (2 hr. 15 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:03CV253** (JBA) **Spector v. Equifax**

| | |
|---|---|
| Eric D. Daniels<br>Jason Marc Kuselias<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597<br>860-275-8200 | Equifax Info Svc LLC |
| ✓ Joanne S. Faulkner<br>Law Offices of Joanne Faulkner<br>123 Avon St.<br>New Haven, CT 06511-2422<br>203-772-0395 | William Spector |
| ✓ J. Anthony Love<br>Mara McRae<br>Kilpatrick Stockton<br>100 Peachtree St.<br>Ste. 2800<br>Atlanta, GA 30309-4530<br>404-815-6500 | Equifax Info Svc LLC |

✓ *Alicia Huellen (Corp. - Equifax)*
✓ *M. Spector*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK