IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------x
WILLIAM SPECTOR                            :
                                           :        FILED
                                           :        Dec 11  4 04 PM '03
                                           :
                                           :        3:03 CV 253 (JBA)
V.                                         :
                                           :
EQUIFAX INFORMATION SERVICES,              :        DATE: DECEMBER 10, 2003
LLC                                        :
-------------------------------------------x
```

## MEMORANDUM OF SETTLEMENT/DISCOVERY CONFERENCE

Date of Conference: December 10, 2003

Attorneys Present:    Joanne S. Faulkner, Esq.
                      (For Plaintiff)

                      J. Anthony Love, Esq.
                      (For Defendant)

### DISCUSSIONS

Settlement discussions were not productive. Discussions were held regarding outstanding discovery. Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, with respect to plaintiff's Second Set of Discovery Requests, **on or before December 17, 2003**, defendant will provide supplemental responses to Interrogatories Nos. 4, 15, 16, 19 & 20, Document Request Nos. 17 & 18, and Requests for Admissions No. 14.

2. By further agreement of counsel, with respect to plaintiff's Second Set of Discovery Requests, **on or before December 15, 2003**, defense counsel will submit copies of documents responsive to Document Request Nos. 13, 14, 15 & 16 to the Magistrate Judge for her _in camera_ review.

3. By further agreement of counsel, with respect to plaintiff's Second Set of Discovery Requests, **on or before December 17, 2003**, defendant will give further consideration to providing supplemental responses to Requests for Admissions Nos. 7-8, 9, 10, 11.

4. By further agreement of counsel, **on or before December 17, 2003**, defense counsel will reconsider his responses to plaintiff's proposed Stipulations of Facts regarding Nos. 7, 18-19, 26, 27, 28, 29, 33-35, 37 & 38, and will provide alternative language regarding Nos. 15 & 36.

5. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 10th day of December, 2003.

Joan Glazer Margolis
United States Magistrate Judge

2

AO 72A
(Rev. 8/82)