IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:03CV00253 (JBA) |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | DECEMBER 16, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, Equifax Information Services, LLC, hereby moves to extend from December 30, 2003 until January 15, 2004, the deadline for filing a motion for summary judgment in this action.

This is the first request for an extension of this deadline.

The plaintiff's attorney, Joanne Faulkner, has no objection to this request.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES, LLC

By_____
Eric D. Daniels (ct 01582)
ROBINSON & COLE LLP
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3697
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

and, of counsel

J. Anthony Love, Esq.
Georgia Bar No. 459155
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel. No. (404) 815-6500

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the 16th day of December, 2003 to:

        Attorney Joanne S. Faulkner
        123 Avon Street
        New Haven, CT  06511-2422

                                        Eric D Daniels