IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Dec 19  11 27 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

-------------------------------------------------------x

WILLIAM SPECTOR

3:03 CV 253 (JBA)

V.

EQUIFAX INFORMATION SERVICES, LLC

DATE: DECEMBER 18, 2003

-------------------------------------------------------x

### RULING FOLLOWING *IN CAMERA* REVIEW

As set forth in this Magistrate Judge's Memorandum of Settlement/Discovery Conference, filed December 11, 2003 (Dkt. #48), defense counsel agreed to submit copies of documents responsive to plaintiff's Second Set of Discovery Requests, Document Request Nos. 13, 14, 15 & 16 to the Magistrate Judge for her in camera review by December 15, 2003. In accordance with this Order, on December 15, 2003, three pages were received by the Magistrate Judge and have been filed under seal. (Dkt. #49).

After careful review of these three pages, the Court agrees that these materials constitute attorney-client privilege or work-product material, and thus need not be disclosed to plaintiff.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** F.R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United

AO 72A
(Rev. 8/82)

States Magistrate Judges, United States District Court for the District of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 18th day of December, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)