IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:03CV00253 (JBA) |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | DECEMBER 16, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, Equifax Information Services, LLC, hereby moves to extend from December 30, 2003 until January 15, 2004, the deadline for filing a motion for summary judgment in this action.

This is the first request for an extension of this deadline.

The plaintiff's attorney, Joanne Faulkner, has no objection to this request.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES, LLC

By_____
Eric D. Daniels (ct 01582)
ROBINSON & COLE LLP
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3697
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

---

12/22/03: Motion GRANTED, absent objection, to and including 1/15/04. This matter remains trial ready: July 2004.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

(Janet Bond Arterton, U.S.D.J.)