IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
WILLIAM SPECTOR                                      :
                                                     :   3:03 CV 253 (JBA)
                                                     :
                                                     :
V.                                                   :
                                                     :
EQUIFAX INFORMATION SERVICES,                        :   DATE: JANUARY 9, 2004
LLC                                                  :
-----------------------------------------------------x
```

## SUPPLEMENTAL RULING FOLLOWING *IN CAMERA* REVIEW

As set forth in this Magistrate Judge's Memorandum of Settlement/Discovery Conference, filed December 11, 2003 (Dkt. #48), defense counsel agreed to submit copies of documents responsive to certain of plaintiff's discovery requests to the Magistrate Judge for her in camera review by December 15, 2003. In accordance with this Order, on December 15, 2003, three pages were received by the Magistrate Judge and were filed under seal. (Dkt. #49). On December 19, 2003, this Magistrate Judge filed a Ruling Following *In Camera* Review (Dkt. #51), in which she agreed that these materials constitute attorney-client privilege or work-product material, and thus need not be disclosed to plaintiff.

On December 31, 2003, defense counsel forwarded to the Magistrate Judge copies of fifteen additional documents (totalling ninety-seven pages), which documents predate the filing of the present lawsuit; defense counsel's letter and the attached documents have been filed under seal. (Dkt. #55).

The Magistrate Judge agrees that defendant did not need to submit these additional documents. However, after a careful review of these additional documents, the Court agrees that these materials constitute attorney-client privilege or work-product material, and

thus need not be disclosed to plaintiff.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);**  F.R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 9th day of January, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge