UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                              CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC              January 13, 2004

## LOCAL RULE 9 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that prior to filing this Motion for Discovery Orders, she consulted with defense counsel on January 13, 2004, and by email numerous times after the October 21 status conference. Defendant persists in refusal to stipulate or supplement its discovery despite its recent discovery of the plaintiff's two letters and its retraction of crucial documents.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2004

_____
JOANNE S. FAULKNER ct04137

This is to certify that the foregoing was mailed on January 14, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

*[signature]*
Joanne S. Faulkner

3