UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                                    CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC            January   15, 2004

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff moves for summary judgment as to liability alone on the basis of defendant's violation of the Fair Credit Reporting Act. Equifax applied its policy of taking plaintiff's credit file off-line because he sued Equifax. Defendant did not provide plaintiff a copy of his own credit disclosure twice, the second time after notice of the first noncompliance.

The parties have stipulated to many of the facts. Plaintiff files his affidavit herewith.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   j.faulkner@snet.net


This is to certify that the foregoing was mailed on January 14, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

___/s/ Joanne S. Faulkner_____
Joanne S. Faulkner