UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                                          CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC          December   , 2003

PLAINTIFF'S AFFIDAVIT

Wiliam Spector, pursuant to 28 U.S.C. §1746, affirms as follows:

1. I am the plaintiff in this action.

2. In late November or early December, 2002, I and my wife were denied credit by Citizens Bank to acquire a car.

3. Equifax responded to Citizens Bank's inquiry on Nov. 27, 2002 with the following as to my credit file:

""" REFERRED FILE – CONTACT CBI CREDIT REPORTING CENTER TO GET THE FILE """

4. On December 12, 2002, I wrote to Equifax for a copy of my credit report (consumer disclosure). A copy of the letter is attached, with the SSN redacted for privacy purpose.

5. On December 12, 2002, I drafted a letter for my wife to read and sign, and she also wrote to Equifax for a copy of her credit disclosure.

6. I mailed both letters to Equifax at the same time and from the same location.

7. Both letters were addressed to Equifax at P.O. Box 740241, Atlanta GA 30374.

8. Proper postage was affixed to both letters.

9. Both letters had our proper return address on the envelope.

10. Post Office Box 740241 is the address designated by Equifax for consumers to obtain a consumer disclosure copy of their credit file.

11. The holder of P.O. Box 740241 is Equifax Information Service Center, 1600 Peachtree St, Atlanta GA 30309.

12. Equifax printed and mailed a copy of Mrs. Spector's consumer disclosure to her under date of December 20, 2002.

13. Defendant did not provide me with a copy of my credit report (consumer disclosure) at any time within six weeks of my December 12 mailing.

14. My mailing of December 12, 2002 to Equifax was not returned to me at any time for any reason.

15. In or about April, 2003, Gulf Oil sent me an adverse action letter regarding my gas credit card, based on information in a credit report from Equifax. A copy of the letter is attached.

16. On May 7, 2003, I wrote Equifax at the P.O. Box set forth above to obtain a copy of my credit report (consumer disclosure). A copy of the letter is attached, with the SSN redacted for privacy purposes.

17. I sent the May 7, 2003, request by certified mail, return receipt requested. A copy of the return receipt is attached.

18. My May 7, 2003, request was delivered to Equifax's post office box on May 9, 2003, and signed for as received on May 10, 2003.

19. Equifax did not provide me with a copy of my consumer disclosure at any time within eight weeks after it received my request.

20. On December 10, 2003, I saw a copy of my original May 7, 2003 request which had been in the litigation file of J. Anthony Love, defense counsel.

21. On May 20, 2002, I had sued Equifax, alleging that Equifax had allowed users to access my credit file impermissibly for account reviews even though I had no account with the users. Spector v. Equifax, Civil No. 3:02CV 870 (GLG).

22. Upon receipt of the lawsuit, in or about June 7, 2002, pursuant to Equifax's standard policy, practice, and procedure when Equifax is sued, Equifax took my credit file "off-line."

23. According to discovery herein, my credit file was offline between approximately June 7, 2002 and June 19, 2003.

24. According to discovery herein, my wife's credit file was never off-line.

25. A user is required to give the consumer an "adverse action" notice if a consumer reporting agency returns a no-file response. FTC Official Staff Commentary, 16 C.F.R. Part 600 §615-11.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2003.

_____
William Spector

**WILLIAM B. SPECTOR, M.D.**
81 GRISSOM ROAD
MANCHESTER, CONNECTICUT 06040

December 12, 2002

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

**RE: LOAN DENIAL**

Dear Sir/Madame:

I currently have an ongoing legal dispute with your company, and have recently been turned down for a car loan as a result of information obtained from my credit report.

Please forward a copy of my current credit report as soon as possible. The necessary information for identification is:

    William B. Spector    Date of Birth -
    81 Grissom Road      SS# (
    Manchester, CT 06040

Thank you.

Sincerely yours,


William B. Spector

*Rachel S. Spector*
*81 Grissom Road*
*Manchester, CT 06040*

December 12, 2002

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

**RE: LOAN DENIAL**

Dear Sir/Madame:

I have recently been turned down for a car loan as a result of information obtained from my credit report.

Please forward a copy of my current credit report as soon as possible. The necessary information for identification is:

    Rachel S. Spector        Date of Birth - 2
    81 Grissom Road          SS# 0
    Manchester, CT 06040

Thank you.

Sincerely yours,


Rachel S. Spector



04/08/03

WILLIAM B SPECTOR
81 GRISSOM RD
MANCHESTER CT 06040 9004

Account number:        0933265084

Dear WILLIAM B SPECTOR,

During a recent review of your Gulf Oil Limited Partnership account, a credit report was obtained from:

    EQUIFAX INFORMATION SERVICE
    PO BOX 740241
    ATLANTA, GEORGIA  30374

Because of the information in this report, your account remains closed. The reporting agency did not make this decision and is unable to provide you the specific reason(s) why this decision was made.

Upon your request within 60 days, the reporting agency listed will provide a free copy of your report. You have the right to dispute the accuracy or completeness of any information in a report by contacting the agency directly. You may also obtain a copy of your report from any credit agency that compiles and maintains files nationwide.

I will be happy to answer any questions you may have if you contact me at (800) 443-0882, Monday through Friday 8:00a.m. - 5:00p.m., CST or at the address shown.

C CLOSE
Customer Service Department
1-800-445-8211

CAB1

P.O. Box 29212, Mission, Kansas 66201

**WILLIAM B. SPECTOR, M.D.**
81 GRISSOM ROAD
MANCHESTER, CONNECTICUT 06040

May 7, 2003

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

**RE: CREDIT CARD DENIAL**

Dear Sir/Madame:

I have recently been turned down for a Credit Card as a result of information obtained from the credit report issued by your company.

Please forward a copy of my current credit report as soon as possible. The necessary information for identification is:

    William B. Spector      Date of Birth - 5
    81 Grissom Road        SS# (
    Manchester, CT 06040

Thank you.

Sincerely yours,


William B. Spector

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery<br>*Shelan Bron*<br>C. Signature<br>X    ☐ Agent    ☐ Addressee |
| 1. Article Addressed to:<br>Equifax\ credit \Information Services, Inc<br>P.O. Box 740241<br>Atlanta, GA 30374 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 1 0 2003 |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 2030 0002 2588 7037 |
| PS Form 3811, March 2001 | Domestic Return Receipt    102595-01-M-1 |

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
ATLANTA, GA 30374

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0867 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCKBZ7 |
| Total Postage & Fees | $ 4.42 | 05/07/03 |

Sent To: Equifax Credit Infor. Serv., In
Street, Apt. No.; or PO Box No.: P.O. Box 740241
City, State, ZIP+4: Atlanta, GA 30374

PS Form 3800, June 2002    See Reverse for Instructions

Article number (vertical): 7002 2030 0002 2588 7037

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WILLIAM B. SPECTOR, M.D
81 GRISSOM ROAD
MANCHESTER, CONN. 06040

rec'd 5/15/03