UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                              CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC          January 15, 2004

## MEMORANDUM IN SUPPORT OF MOTION FOR ORDERS

The posture of this litigation has entirely changed. Equifax is now taking positions inconsistent with its prior positions (a) that certain documents represent the offline procedure and (b) it never received either of plaintiff's requests for disclosure of his file. Further discovery, not anticipated based on the prior representations of defense counsel, is necessary before trial.

"District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99 (2d Cir. 2002).

Plaintiff's Motion should be granted.

                                    THE PLAINTIFF

                                    BY_____
                                    JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    New Haven, CT 06511
                                    (203) 772-0395

This is to certify that the foregoing and attached was mailed on January 14, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

_____
Joanne S. Faulkner