UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                                          CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC            January 15, 2004

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL OBJECTION TO MAGISTRATE JUDGE'S ORDERS

Plaintiff respectfully moves to supplement his objections (Doc. Nos. 42-43) to the Magistrate Judge's Protective Order and Ruling on Papers Filed Under Seal. Equifax has now disclaimed the documents entitled "VIP Report," "New Litigation," "Closed Litigation," "New Demands," and "Closed Demands." See attached letter. Although Equifax has repeatedly stated that it has policies and procedures in place for the offline procedures at issue herein, the named documents are not they. Accordingly, Equifax has retreated from its basis for confidentiality and a protective order as to those documents, and plaintiff should be allowed to use them normally, including as full, open exhibits herein.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6224
ToLove@KilpatrickStockton.com

January 9, 2003

**VIA REGULAR MAIL AND E-MAIL**

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

Re:   William Spector v. Equifax Information Services, LLC, et al.

Dear Joanne:

As you know, among the hundreds of pages of documents produced by Equifax in this litigation were five pages entitled "VIP Report", "New Litigation", "Closed Litigation", "New Demands" and "Closed Demands." After further investigation and discussion with Equifax, we have learned that those documents themselves are not a part of Equifax's manuals, do not contain current procedures or policies, and never have. Instead, they were based on handwritten notes made by one of Equifax's employees, Lanette Fullwood, many years ago. They were never intended to be a complete and accurate description of Equifax's policies and procedures with respect to litigation and have never been distributed to employees or used as such in training employees. To the extent that Equifax has stated anything to the contrary in this case, we regret the error, and such statements are withdrawn.

Further, since these are not a part of Equifax's manuals, we request that you return them to us immediately.

Very truly yours,

J. Anthony Love

JAL:

2

This is to certify that the foregoing was mailed on January 14, 2004, postage prepaid, to:

    J. Anthony Love
    Kilpatrick Stockton
    1100 Peachtree St #2800
    Atlanta GA 30309-4530

                                              ___/s/ Joanne S. Faulkner
                                              Joanne S. Faulkner