IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SPECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:03CV00253 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | JANUARY 15, 2004 |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by Counsel, pursuant to Federal Rule of Civil Procedure 56(c), and hereby files its Motion for Summary Judgment. As grounds for this motion, Defendant Equifax states that there is no genuine issue as to material fact and that it is entitled to judgment as a matter of law. In support of this motion, Defendant Equifax relies upon the following:

1. Defendant Equifax Information Services LLC's Memorandum in Support of Motion for Summary Judgment;

2. Joint Statement of Facts;

3. Defendant Equifax Information Services LLC's Local Rule 56(a)1 Statement;

4. Affidavit of Alicia Fluellen;

5. Affidavit of J. Anthony Love;

6. Excerpts of Deposition of Plaintiff William Spector; and

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

7. All pleadings and other documents in this case.

WHEREFORE, Defendant Equifax requests that its motion be granted.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES, LLC

By_____
Eric D. Daniels (ct 01582)
Jason M. Kuselias (ct 20293)
ROBINSON & COLE LLP
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3697
E-mail: edaniels@rc.com
E-mail: jkuselias@rc.com
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

and, of counsel

J. Anthony Love, Esq.
Georgia Bar No. 459155
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
E-mail: ToLove@kilstock.com
Tel. No. (404) 815-6500

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via Federal Express, on the 15th day of January, 2004 to:

>Attorney Joanne S. Faulkner
>123 Avon Street
>New Haven, CT  06511-2422

_____
Jason M. Kuselias

3