1Y6S901_.txt

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
 2

 3

 4

 5

 6
       ------------------------------------X
 7     WILLIAM SPECTOR,                    :
                 Plaintiff,                :   Case No.
 8     v.                                  :   3:03CV253(JBA)
       EQUIFAX INFORMATION SERVICES, LLC,  :
 9               Defendant.                :
       ------------------------------------X
10

11

12

13

14
                 DEPOSITION OF:  WILLIAM SPECTOR,
15     taken before Kelly E. Yarasavych, Court Reporter
       and Notary Public in and for the State of
16     Connecticut, at the law offices of Madsen,
       Prestley & Parenteau, 44 Capitol Avenue,
17     Hartford, Connecticut, on August 21, 2003.

18

19

20

21

22
                 Reporter:   KELLY E. YARASAVYCH
23           License Registration Number:   00058
                BRANDON SMITH REPORTING SERVICE
24                     44 Capitol Avenue
                  Hartford, Connecticut 06106
25                     (860) 549-1850
```

BRANDON SMITH REPORTING SERVICE

9

1Y6S901_.txt

```
 1   University of Connecticut, and I have a medical degree,
 2   physician's, which I received in 1981, from a school in
 3   Mexico.  And I'm a licensed physician in Connecticut.
 4        Q    What is the name of the school in Mexico?
 5        A    Universidad, U-n-i-v-e-r-s-i-d-a-d, Autonoma,
 6   A-u-t-o-n-o-m-a, de Ciudad, C-i-u-d-a-d, J-u-a-r-e-z.  And
 7   it would be School of Medicine.
 8        Q    Juarez is the city in Mexico?
 9        A    In the State of Chihuahua.
10        Q    Has your licenses ever been suspended?
11        A    No.
12        Q    When did you receive your license?
13        A    I believe it was 1983.
14        Q    Are you licensed to practice medicine in any
15   other state, other than Connecticut?
16        A    Nope.  Just Connecticut.
17        Q    Have you ever been convicted of any crimes?
18        A    No.
19        Q    What area are you licensed to practice in?
20        A    A medical license in Connecticut does not
21   restrict any areas.  It's a general license for every
22   specialty.
23        Q    What is your area of practice?
24        A    General medicine.  Family practice.
25        Q    And where are you currently employed?
```

BRANDON SMITH REPORTING SERVICE

10

```
 1        A    Windsor Locks Medical Center is my practice.
 2        Q    How long have you been employed there?
 3        A    Since 1997.
```

1Y6S901_.txt

4   Q   Is that a company that you work for, or --
5   A   It's --
6   Q   -- is that your own company?
7   A   That is my own company. It's an LLP.
8       MS. FAULKNER: Wait until he finishes his
9   question before you answer.
10  Q   (By Mr. Love) Where did you work before that?
11  A   Bolton Family Medicine.
12  Q   Is that in Connecticut, too?
13  A   Yes.
14  Q   In Hartford?
15  A   No. That's in Bolton, Connecticut.
16  Q   Are you making any claim for lost wages in this
17  case?
18  A   No.
19      MS. FAULKNER: Isn't this all in the discovery,
20  in the written discovery?
21      MR. LOVE: It's my deposition, so I can ask him
22  questions, if I want to. If you have an objection, let me
23  know what the objection is.
24      MS. FAULKNER: It is being duplicative, and we
25  do have a time constraint here. So it's hardly appropriate

BRANDON SMITH REPORTING SERVICE

13

1   the settlement agreement?
2   A   It must be. It's what the date says.
3   Q   You settled your first case with Equifax on or
4   about March 10 of 2003; is that right?
5   A   Yes.
6   Q   Let me show you what we will mark as Exhibit

1Y6S901_.txt

```
 7    Number 4.
 8              (Exhibit 4, Complaint, marked for
 9              identification.)
10       Q    (By Mr. Love)  Can you identify that document?
11       A    Yes.  This is a complaint filed in February
12    regarding William Spector vs. Equifax.
13       Q    Okay.  That's your present lawsuit, correct?
14       A    Yes.
15       Q    And let's go through the allegations contained
16    in your complaint.  Starting with paragraph 6 it says, "In
17    early December 2002, plaintiff and his wife were denied
18    credit to acquire a car"; do you see that?
19       A    Yes.
20       Q    Tell me about that.  Where did you go to
21    purchase a car?
22       A    It was Ty Subaru.  It's T-y.
23       Q    And why were you shopping for a car?
24       A    The lease had expired on a previous car.
25       Q    Were you going to buy or lease another car?
```

BRANDON SMITH REPORTING SERVICE

14

```
 1       A    Buy.
 2       Q    What happened when you went to Ty Subaru?
 3       A    We filled out the credit application, and we --
 4    actually, we found a car that was used that we thought
 5    would be suitable, and filled out the credit application
 6    and waited for results.
 7       Q    Do you still have a copy of that application?
 8       A    I don't know if I do.
 9       Q    Okay.  When you say you waited for results, do
```
Page 4

1Y6S901_.txt

| | | |
|---|---|---|
| 10 | | you mean that you waited there at Ty Subaru, or you went |
| 11 | | home? |
| 12 | A | No. We didn't wait at Ty Subaru for this to |
| 13 | | happen. |
| 14 | Q | You filled out an application, then you went |
| 15 | | home; is that right? |
| 16 | A | Right. |
| 17 | Q | Had you already picked out a car, or did you |
| 18 | | fill out the application and go home? |
| 19 | A | No. We had picked out a car. |
| 20 | Q | What kind of car did you pick out? |
| 21 | A | It was a used 2000 Subaru Outback. |
| 22 | Q | Was that for your use? |
| 23 | A | Yes. |
| 24 | Q | Did you apply in your own name, or in the name |
| 25 | | of your business? |

BRANDON SMITH REPORTING SERVICE

15

| | | |
|---|---|---|
| 1 | A | My name. |
| 2 | Q | Okay. And were you going to use that vehicle |
| 3 | | for your personal use, or for your business? |
| 4 | A | I use it both driving to business and personal. |
| 5 | Q | Did you subsequently hear back from Ty Subaru? |
| 6 | A | Yes. |
| 7 | Q | How did you hear back from them? |
| 8 | A | They called to say that many -- they put out |
| 9 | | many requests to different credit agencies, and that it was |
| 10 | | denied by most of them. So they would have to keep |
| 11 | | looking. |
| 12 | Q | Did they ever send you a denial letter in the |

1Y6S901_.txt

13    mail?
14        A    Ty Subaru did not, no.
15        Q    Did any company send you a denial letter in the
16    mail, in relation to your attempt to purchase a car through
17    Ty Subaru?
18        A    Yes.
19        Q    Who sent you a denial letter?
20        A    I don't, off the top of my head -- my wife and
21    I applied jointly, so she received some and I received
22    some, but I don't remember which ones.
23        Q    Do you have copies of those?
24        A    I don't have them here, but I may have copies
25    of them.

BRANDON SMITH REPORTING SERVICE

16

1        Q    Did any of those state that they were based on
2    an Equifax credit report, as opposed to credit reports from
3    other companies?
4        A    I don't recall which one, but there was one
5    that mentioned Equifax.
6        Q    Did anyone at Ty Subaru tell you what if any
7    pieces of information on your credit report were causing
8    you to be unable to get a car loan?
9        A    No. They didn't discuss it.
10       Q    Did any of the letters that you received from
11    these other entities, explain the basis for the denial?
12       A    Many of them were pretty much form letters that
13    just said, based on a credit review, and they would name
14    the credit bureau they reviewed it with.

1Y6S901_.txt

15  Q   Prior to December 2002, when you had applied
16  for a vehicle with Ty Subaru, you filed for bankruptcy; is
17  that correct?
18  A   Correct.
19  Q   When did you file for bankruptcy?
20  A   Can I ask my attorney to correct me if I'm
21  wrong? I believe it was March 2001.
22  Q   Were you subsequently discharged?
23  A   Yes, I was.
24  Q   What kind of bankruptcy was it?
25  A   7. Chapter 7.

BRANDON SMITH REPORTING SERVICE

17

1   Q   So when you applied for this car, do you know
2   whether the bankruptcy was reporting on your credit reports
3   with the major credit reporting agencies?
4   A   With some of them, I did. With ones with
5   Equifax, I did not, at that time.
6   Q   Could you explain that for me, please?
7   A   I had written to Equifax for a copy of my
8   credit report, and never received it.
9   Q   Prior to December of 2002?
10  A   No. You said at the time. So I'm talking
11  about December of 2002.
12  Q   Okay.
13  A   So I wouldn't know if they did report it or not
14  until December of 2002.
15  Q   Did any of the companies that sent you denial
16  letters in relation to your attempt to purchase a car
17  through Ty Subaru, state that the reason you had been
18  denied was because of the bankruptcy on your file?

1Y6S901_.txt

19    A    I would be guessing if I said -- if I gave you
20 an answer, because you are asking me to remember something
21 from multiple letters that I just don't know if it said
22 bankruptcy or not. Sorry.
23    Q    Did you eventually get another car from Ty
24 Subaru --
25    A    Yes, I did.

BRANDON SMITH REPORTING SERVICE

18

1    Q    -- or anywhere else?
2         Where did you --
3    A    Ty Subaru.
4    Q    When did you get another car?
5    A    Soon after that.
6    Q    Okay. How did you pay for that car?
7    A    It was financed through an -- I don't know what
8 the term is, but it's a much higher interest rate, from a
9 company that takes what they consider higher risks.
10    Q    Okay. And did Ty Subaru tell you why you had
11 to go with the higher risk lender?
12    A    No. They just told me that's where they were
13 able to place it.
14    Q    And was it the same car? Were you able to buy
15 the same car?
16    A    Yes.
17    Q    Did you borrow the same amount of money that
18 you intended to borrow during your first go-around?
19    A    It was actually more because the finance
20 charges were higher.
21    Q    How much more did you borrow?

Page 8

1Y6S901_.txt

22    A    There was a difference of approximately 5
23 percent on the total value of the car over the term.  I
24 would say 5 or 6,000.  But again, probably about 5,000.
25    Q    5,000 more in payments --

BRANDON SMITH REPORTING SERVICE

22

1 your attorney to produce documents that you had responsive
2 to these questions from Equifax, did you print this off of
3 your computer again?
4    A    Yes.
5    Q    But as far as a copy of the one that you
6 actually signed with a pen and sent to Equifax, you --
7    A    I don't know if I made a photocopy of the
8 actual one.  I just sent a final copy.
9    Q    Do you know the date that you sent this letter
10 to Equifax?
11    A    It was mailed -- to be honest, it was either
12 mailed on the 12th or 13th.
13    Q    Was that sent by regular mail?
14    A    Yes.
15    Q    Did you prepare a letter on behalf of your wife
16 to get a copy of her credit report as well, or did she
17 prepare a letter on her behalf?
18    A    I prepared it, and she reviewed it and signed
19 it.
20    Q    Do you have a copy of that letter?
21    A    Not here.
22    Q    Do you have it at home?
23    A    It would be similar to that, yes.
24    Q    Was the letter that you sent, or that was sent

1Y6S901_.txt
25   on her behalf, also on your William B. Spector letterhead?

BRANDON SMITH REPORTING SERVICE

23

1     A   No, it wouldn't be.
2     Q   What letterhead would that be sent on?
3     A   Rachel S. Spector.
4     Q   Was that request sent by regular mail as well?
5     A   Yes.
6     Q   Did she get a copy of her credit report in
7   response to the letter that was sent to Equifax in December
8   of 2002?
9     A   Yes, she did.
10    Q   In December of 2002, you were represented by
11  your current attorney, Ms. Faulkner, in relation to the
12  first Equifax lawsuit, weren't you?
13    A   Yes.
14    Q   Why didn't you ask Ms. Faulkner to contact
15  Equifax through its attorney to get a copy of your credit
16  report?
17    A   Because as I said, I don't recall which report
18  from which company came through, but it said, you are
19  entitled to a copy of your credit report, if you write to
20  us. So I did.
21    Q   Did you ever get a copy of your credit report,
22  in relation to the December 12, 2002 letter?
23    A   No, I didn't.
24    Q   Why did you want a copy of your credit report,
25  back in this period of time?

BRANDON SMITH REPORTING SERVICE

1Y6S901_.txt

32

1   Q   How long had you had that, prior to April 8,
2   2003?
3   A   Many years.
4   Q   And you received this letter from Gulf on April
5   8, 2003 stating that your account remains closed; is that
6   right?
7   A   That's correct.
8   Q   When was it closed, prior to April 8 of 2003?
9   A   It wasn't. That was the problem.
10  Q   Okay. So when it says in this letter from Gulf
11  that your account remains closed, is that inaccurate?
12  A   Yes.
13  Q   Because the account -- was the account ever
14  closed?
15  A   No, it was not.
16  Q   Okay. So after you got this letter, what did
17  you do?
18  A   I wrote to Gulf.
19  Q   And what happened as a result of that?
20  A   They did an investigation and allowed the
21  card -- the account to remain open.
22  Q   Okay. Was there ever a time when you tried to
23  use this specific Gulf Oil account, that you were unable to
24  do so?
25  A   That's how it came up, yes. The reader, when

BRANDON SMITH REPORTING SERVICE

33

1   you put it in the machine at a credit card terminal at the
2   gas pump, it came back denied. It wouldn't work.
3   Q   Was that before or after April 8th, 2003?

Page 11

1Y6S901_.txt

| | | |
|---|---|---|
| 4 | A | That was before. |
| 5 | Q | How long before? |
| 6 | A | I don't know. |
| 7 | Q | A few months? |
| 8 | A | Because that's how it all came up. It was |
| 9 | | within a reasonable account of time. |
| 10 | Q | What does that mean? Just a few weeks before |
| 11 | | you got this letter? |
| 12 | A | It probably was a couple of weeks. |
| 13 | Q | You're at the gas station, the auto pay, the |
| 14 | | pay at the pump, and you put it in, and it's denied? |
| 15 | A | Yes. |
| 16 | Q | So you had to use another card, right? |
| 17 | A | Right. |
| 18 | Q | Did you contact Gulf after that happened? |
| 19 | A | Correct. |
| 20 | Q | What happened? |
| 21 | A | I believe I spoke with a representative who |
| 22 | | told me that she was checking why it said it was closed. |
| 23 | | And I said, I don't understand why. And she said, well, it |
| 24 | | says that your credit report is not available to her. |
| 25 | Q | Well, did you contact them before you received |

BRANDON SMITH REPORTING SERVICE

35

| | | |
|---|---|---|
| 1 | | check to see if I have it. |
| 2 | Q | Okay. Was your card reactivated? |
| 3 | A | Yes. |
| 4 | Q | Okay. When was it reactivated? |
| 5 | A | About a month later. |

1Y6S901_.txt

```
 6        Q    Okay.  So basically it was closed, or you were
 7   unable to use it for about a month?
 8        A    I don't know how long it was closed for.  I
 9   hadn't used that card.
10        Q    You hadn't used that card up until a few weeks
11   before April 8th, 2003?
12        A    Correct.
13        Q    Is that because you typically used other cards?
14        A    It was actually because a Gulf station opened
15   close to home.
16        Q    Have you used that card since?
17        A    Yes.
18        Q    With no problems?
19        A    No problems.
20        Q    Let's look at the next document that you have
21   produced here, which is a letter on your stationery dated
22   May 7 of 2003.  Can you identify that document for us?
23        A    Yes.  It's a credit card denial.  It's a letter
24   I sent to Equifax about a credit card denial.
25        Q    Okay.  Is the credit card that's referenced in
```

BRANDON SMITH REPORTING SERVICE

44

```
 1        Q    Did you apply for that back in November of
 2   2001?
 3        A    No.  I've had that for many years.
 4        Q    Okay.  Let's look at what we will mark as
 5   Exhibit Number 6.
 6             (Exhibit 6, Plaintiff's Motion for Permission
 7             to Amend Complaint, marked for identification.)
 8        Q    (By Mr. Love)  Before we do that, let me ask
```

1Y6S901_.txt

```
 9    you a few more questions about Exhibit Number 5.  Let's
10    look at your response to interrogatory number 8.  You've
11    listed there some damages that you're seeking in this
12    lawsuit.  And the first sentence says, "Postage, emotional
13    distress, and worry"?
14         A    Yes.
15         Q    How much have you spent on postage in this
16    case?
17         A    That's a really good question.  I think it's
18    really difficult for me to say, but it would be under $20.
19         Q    What about emotional distress and/or worry,
20    have you received any medical treatment as a result of any
21    emotional distress and worry from all of this?
22         A    I would say there's been no specific medical
23    visits as a result of this; however, I do take medication
24    for high blood pressure.
25         Q    How long have you been take high blood pressure
```

BRANDON SMITH REPORTING SERVICE

45

```
 1    medication?
 2         A    Many years.
 3         Q    Has your dosage increased since early 2003?
 4         A    I have to be honest and say, I have missed my
 5    appointment to have it checked, so I wouldn't know.
 6         Q    Okay.  Have you seen any mental health
 7    providers or psychiatrists or psychologists as a result of
 8    any of this?
 9         A    No, I haven't.
10         Q    Have you received -- been prescribed any
```
Page 14

1Y6S901_.txt

```
11   antidepressants or antianxiety drugs, or anything like
12   that, as a result of this?
13       A    No, I haven't.
14       Q    Have you had any physical problems as a result
15   of any of this?
16       A    Some sleepless nights.
17       Q    Anything else?
18       A    Just anxiety.
19       Q    Anything else?
20       A    I hate to use the word anger.  Maybe annoyance
21   that continued.
22       Q    Okay.  Anything else?
23       A    No.
24       Q    Okay.  Are there any other damages that you're
25   seeking in this case that aren't listed in your response to
```
                    BRANDON SMITH REPORTING SERVICE

                                                                46
```
1    interrogatory number 8?
2        A    I think -- let me say that number 8 details the
3    damages we are seeking.
4        Q    Okay.  Let's look at Exhibit Number 6.  Have
5    you ever seen that document before?
6        A    Yes, I have.
7        Q    What is that?
8        A    This is a motion for permission to amend the
9    complaint, the original complaint.
10       Q    Okay.  We will have to share that one, because
11   that's the only copy that I have.  I just have to look at
12   that and go through this.
13            Now, in paragraph 6 of your proposed first
14   amended complaint you've now listed Citizens Bank as an
```

1Y6S901_.txt

```
15    entity that denied you credit; is that right?
16       A    That's right.
17       Q    Do you have a denial letter from Citizens Bank?
18       A    Yes.
19       Q    Have you produced that in this case?
20       A    I don't recall.
21       Q    Do you have that at home?
22       A    I might.
23       Q    Did you ever -- does that state that it was
24    based on an Equifax credit report?
25       A    I would have to look at that.
```

BRANDON SMITH REPORTING SERVICE

52

```
1              MS. FAULKNER:  It happened before he filed the
2     dispute, before he requested his credit report.
3              MR. LOVE:  But the denial, if it was a joint
4     application, then I'm entitled to find out information
5     about her credit as well.  That's what I'm driving at.
6              So if she has other bad credit, she may have
7     been denied credit before, so I am entitled to go into
8     that.  If you're instructing him not to answer, you can
9     instruct him not to answer, and then we can move, and then
10    come back.
11             MS. FAULKNER:  She got her credit report, when
12    she asked for it from Equifax.  What difference does it
13    make whether she was denied credit?
14             MR. LOVE:  Because he's got this denial related
15    to the auto loan, which was a joint application in December
16    of 2002.
17             MS. FAULKNER:  There was nothing in
```

1Y6S901_.txt

18  Interrogatory 8 indicating that he was asking for damages
19  for that denial of credit.
20           MR. LOVE:  Okay.  With that, I'll withdraw the
21  question.  I think those are all of the questions that I
22  have.  Thank you.
23           THE WITNESS:  Okay.  Thank you.
24           MS. FAULKNER:  We do want to read and sign.
25           (The deposition concluded at 10:14 a.m.)