**CITIZENS BANK**

Subpoena Processing
20 Cabot Road (MMF 440)
Medford, MA 02155

November 5, 2003

Our Case # 71717

J. Anthony Love, Esquire
Kilpatrick Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

RE:    Subpoena – 3:03CV0253 JBA
William B. Spector v. Equifax Information Services LLC

Dear Sir/Madam:

Pursuant to the above-mentioned subpoena I, as Legal Research Clerk, have conducted a preliminary search of our records.   I am enclosing the required documentation in compliance with the summons/subpoena.

Sworn to this **the 5th day of November, 2003** under the penalties of perjury.

Sincerely,

Yoseif Meheretu (781) 655-4154
Legal Research Clerk

 **CITIZENS BANK**

Subpoena Processing
20 Cabot Road (MMF 440)
Medford, MA 02155

**AFFIDAVIT OF KEEPER OF THE RECORDS**

RE: Subpoena – <u>3:03CV0253 JBA</u>: *"William B. Spector v. Equifax Information Services LLC"*
BANK CUSTOMER:

**YOUR AFFIANT IS: Barbara Ogbomo**

As used herein, the term **"Bank"** means the banking institution named next to the box marked with an **"X"** or the like:

[X] Bank Name: **Citizens Bank of Rhode Island**

**Your affiant says as follows:**

1. The Bank is a company duly established, existing and doing business in the State of Rhode Island.

2. Your affiant is the officer having charge of the original records, books and accounts of the bank, and the copy annexed hereto is correct and is full so far as it relates to the subject matter herein mentioned.

3. The copies of records for which this certification is made are true and complete reproductions of the original or microfilmed records, which are in the possession Citizens Bank. The original records were made in the regular course of business, and it was the regular course of Citizens Bank to make such records at or near the time of the matter recorded. This certification is given pursuant to Rhode Island general laws § 9-17-5.1 by the custodian of the records in lieu of his or her personal appearance.

4. Your affiant further says that your affiant had no involvement in, and has no personal knowledge of, the transaction(s) to which the annexed copy of records relates, except as next filled in, if at all.

Signed under the penalties of perjury this <u>the 5th day of November, 2003</u>.

*Barbara Ogbomo*
_____
Keeper of Records

MY COMM _____     NOTARY PUBLIC

SEAL: _____     PRINT NAME

atic . /erview For TRW (2 of 2 Files Included)

Dir Cmts: MAKER BANKRUPTCY

**REDACTED**

TrnDn: Bankruptcy

SPECTOR WILLIAM B (SPECTOR RACHEL S)

TRW (2 of 2 Files Included)

**REDACTED**

3163679 (FC 102SERRN)                SPECTOR WILLIAM B (SPECTOR RACHEL S)

TRW (2 of 2 Files Included) CURRENT

**REDACTED**

EXHIBIT A to Tony's Affidavit

-----Original Message-----
From: Joanne Faulkner [mailto:j.faulkner@snet.net]
Sent: Thursday, January 09, 2003 8:32 AM
To: Love, Tony
Subject: Wm spector v. Equifax

We now have a slam dunk 1681j(b and 1681g claim against Equifax. William was
denied credit based on an Equifax report. His request for a copy of his
report has been ignored.

So, we can bring another suit, or we can settle all claims in this one for

Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

1

EXHIBIT B to Tony's Affidavit

**Love, Tony**

| | |
|---|---|
| **From:** | Love, Tony |
| **Sent:** | Monday, January 13, 2003 2:18 PM |
| **To:** | 'Joanne Faulkner' |
| **Subject:** | RE: Wm spector v. Equifax |

I was out sick all last week after I got back from Hartford. I guess the cold and snow finished me off (I was fighting a clod when I went). I will try to get to this late this week or early next week. When did he ask for his credit report? Give me a break. You know that all you have to do is ask me and I will send you one. Do you want me to send you one?

**EXHIBIT D to Tony's Affidavit**



**KILPATRICK STOCKTON LLP**

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6224
ToLove@KilpatrickStockton.com

March 10, 2003

**VIA FEDERAL EXPRESS**

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

Re:    William Spector v. Equifax Information Services, LLC, et al.

Dear Joanne:

Enclosed please find a copy of your client's credit report to be attached as Exhibit A to the Settlement Agreement.

Very truly yours,

J. Anthony Love

JAL:smp
Enclosure

EXHIBIT E to Tony's Affidavit



**KILPATRICK STOCKTON LLP**

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 815 6224
ToLove@KilpatrickStockton.com

March 17, 2003

**VIA FEDERAL EXPRESS**

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

    Re:   <u>William Spector v. Equifax Information Services, LLC, et al.</u>

Dear Joanne:

As you requested, enclosed please find an updated copy of your client's credit report to be attached as Exhibit A to the Settlement Agreement.

Please call if you have any questions.

Very truly yours,

J. Anthony Love

JAL:smp
Enclosure

ATLANTA AUGUSTA  CHARLOTTE  LONDON  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM