

04/08/03

WILLIAM B SPECTOR
81 GRISSOM RD
MANCHESTER CT 06040 9004

Account number:        0933265084

Dear WILLIAM B SPECTOR,

During a recent review of your Gulf Oil Limited Partnership account, a credit report was obtained from:

      EQUIFAX INFORMATION SERVICE
      PO BOX 740241
      ATLANTA, GEORGIA  30374

Because of the information in this report, your account remains closed. The reporting agency did not make this decision and is unable to provide you the specific reason(s) why this decision was made.

Upon your request within 60 days, the reporting agency listed will provide a free copy of your report. You have the right to dispute the accuracy or completeness of any information in a report by contacting the agency directly. You may also obtain a copy of your report from any credit agency that compiles and maintains files nationwide.

I will be happy to answer any questions you may have if you contact me at (800) 443-0882, Monday through Friday 8:00a.m. - 5:00p.m., CST or at the address shown.

C CLOSE
Customer Service Department
1-800-445-8211

CAB1

P.O. Box 29212, Mission, Kansas 66201