WILLIAM B SPECTOR M D
81 GRISSOM ROAD
MANCHESTER CONNECTICUT 06040

April 10, 2003

Gulf Oil
Credit Card Customer Service
P O Box 29212
Shawnee Mission, KS 66201

RE: ACCT. #093 326 508 4

Dear Sir/Ms

Even though I have an active Gulf Card there has been no convenient Gulf Station in my area for several years Recently, a station opened down the street and I will once again be using the account Since the number of drivers in my family has increased, and, as I am the primary card holder, I request that an additional card be issued for my daughter as an authorized user Her name is Jennica D Spector

In regards to the statement delivered to me by your representative, Carolyn (Ext 8504), on 4/5/03, i.e. that "the account was closed after I called several years ago", I must emphatically state that I never requested, nor even suggested that I wanted this account closed

In light of the above, I will expect delivery of the new card for my daughter

Sincerely yours,

William B Spector, M D