IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SPECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:03CV00253 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | JANUARY 15, 2004 |

## JOINT STIPULATION OF FACTS

The parties stipulate to the following facts for the purpose of their cross motions for summary judgment:

1.    Plaintiff is an individual who resides in Connecticut.

2.    Plaintiff is a consumer within the meaning of the Fair Credit Reporting Act.

3.    The defendant Equifax Information Services LLC ("Equifax") is a consumer reporting agency within the meaning of the Fair Credit Reporting Act, with its principal offices in Atlanta, Georgia.

4.    In November of 2002, plaintiff and his wife applied for credit with Citizens Bank to acquire a car.

5.    Citizens Bank made an on-line request to Equifax for plaintiff's credit report.

6.    Equifax responded to Citizens Bank's request for plaintiff's credit file on Nov. 27, 2002 with the following:

''''REFERRED FILE – CONTACT CBI CREDIT REPORTING CENTER TO GET THE FILE ''''.

7.    Citizens Bank did not contact Equifax to obtain a copy of Plaintiff's credit file after this response.

8.    On December 12, 2002, plaintiff wrote to Equifax for a copy of his credit disclosure. A copy of the letter is attached, with the SSN redacted for privacy purposes. Equifax received the letter some time prior to December 20, 2002.

9.    Defendant did not provide plaintiff with a copy of his consumer disclosure at any time within six weeks of December 12, 2002.

10.    Typically, the requested disclosure is sent to the consumer on the same day or within a few days of Equifax's receipt of the request.

11.    Equifax received plaintiff's letter of December 12, 2002. Plaintiff's file was off-line at the time as a result of Equifax's policy of taking files off-line when they are involved in litigation.

12.    In or about April, 2003, Gulf Oil sent an adverse action letter regarding plaintiff's gas credit card, based on information in a credit report from Equifax. A copy of the letter is attached.

13.    Gulf received a file off-line response, like the one described above, in response to its efforts to obtain plaintiff's credit file on April 7 and April 18, 2003.

14.    On May 7, 2003, plaintiff wrote defendant at the P.O. Box set forth above to obtain a copy of his consumer disclosure. A copy of the letter is attached, with the SSN redacted for privacy purposes.

2

15.    Equifax received plaintiff's request on May 10, 2003.

16.    Within eight weeks after May 10, 2003, Equifax did not provide plaintiff with a copy of his consumer disclosure.

17.    On May 20, 2002, plaintiff sued Equifax, alleging that Equifax had allowed users to access his credit file impermissibly for account reviews even though plaintiff had no account with the users. Spector v. Equifax, Civil No. 3:02CV 870 (GLG). Plaintiff and Equifax ultimately settled that case. Plaintiff was represented in that case by his current attorney.

18.    Plaintiff's file was still off-line when he filed this suit in February of 2003. The first suit was dismissed on March 26, 2003.

19.    A code "6" is used to take a consumer's file off-line. When defendant takes a consumer's credit file off-line, a "file not available" message appears when an operator tries to respond to a consumer's request for his own file. At that point, the operator is supposed to forward the matter to the Office of Consumer Affairs.

20.    Defendant does not put a consumer's credit report back on line after it is sued until advised by its outside counsel that the case has been settled and dismissed or that all issues related to the accuracy of the report have been resolved.

21.    Plaintiff's credit file was offline between approximately June 7, 2002 and June

19, 2003.


PLAINTIFF WILLIAM SPECTOR                DEFENDANT EQUIFAX
INFORMATION                              SERVICES, LLC


By:_____              By:_____
Joanne S. Faulkner, Esq.                     Eric D. Daniels (ct 01582)
123 Avon Street                              Jason M. Kuselias (ct 20293)
New Haven, CT  06511                         Robinson & Cole LLP
(203) 772-0395                               280 Trumbull Street
                                             Hartford, Connecticut 06103-3597
                                             E-mail: edaniels@rc.com
                                             E-mail: jkuselias@rc.com
                                             Tel. No. (860) 275-8200
                                             Fax No. (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via Federal Express, on the 15th

day of January, 2004 to:

        Attorney Joanne S. Faulkner
        123 Avon Street
        New Haven, CT  06511-2422

Jason M. Kuselias