IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

WILLIAM SPECTOR,            )
                            )
    Plaintiff,               )    CASE NO. 3:03CV00253 (JBA)
                            )
v.                          )
                            )
EQUIFAX INFORMATION SERVICES,)
LLC,                        )
                            )
    Defendant.               )    JANUARY 29, 2004

## AGREED MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant Equifax Information Services LLC ("Equifax") and files its Agreed Motion for Extension of Time as follows:

1.  The deadline for Plaintiff to respond to Equifax's Motion for Summary Judgment is currently February 5, 2004.

2.  The deadline for Equifax to respond to Plaintiff's Motion for Partial Summary Judgment is currently February 5, 2004.

3.  The parties request an extension for each of these deadlines through and including February 16, 2004 on the grounds that additional time is needed to prepare the responses and several discovery issues are still pending. No previous extensions have been sought.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES, LLC

By _____
Eric D. Daniels (ct 01582)
Jason M. Kuselias (ct 20293)
ROBINSON & COLE LLP
280 Trumbull Street
One Commercial Plaza
Hartford, CT 06103-3697
E-mail: edaniels@rc.com
E-mail: jkuselias@rc.com
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

and, of counsel

J. Anthony Love, Esq.
Georgia Bar No. 459155
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
E-mail: ToLove@kilstock.com
Tel. No. (404) 815-6500

2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been sent via Federal Express, on the 29th day of January, 2004 to:

        Attorney Joanne S. Faulkner
        123 Avon Street
        New Haven, CT  06511-2422

                            Jason M. Kuselias