IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:03CV253(JBA) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) February 2, 2004 |
| | ) |
| Defendant. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S AMENDED AND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Defendant Equifax Information Services LLC ("Equifax") hereby files its Amended and Supplemental Motion for Summary Judgment as follows:

Attached hereto is the Amended and Supplemental Affidavit of J. Anthony Love. Equifax amends and supplements its previously filed motion for summary judgment to incorporate this affidavit and withdraws any portions of its motion that are inconsistent with the contents of the affidavit.

WHEREFORE, Defendant Equifax requests that its motion be granted.

This 30th day of January, 2004.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: _____
J. Anthony Love, Esq. ct20053
Georgia Bar No. 459155
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

ATLLIB01 1649674.1

Eric D. Daniels, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S AMENDED AND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

> Joanne S. Faulkner, Esq.
> 123 Avon Street
> New Haven, Connecticut  06511

Dated:  January 30, 2004.