IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:03CV00253 (JBA) |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | JANUARY 29, 2004 |

**AGREED MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant Equifax Information Services LLC ("Equifax") and files its Agreed Motion for Extension of Time as follows:

1. The deadline for Plaintiff to respond to Equifax's Motion for Summary Judgment is currently February 5, 2004.

2. The deadline for Equifax to respond to Plaintiff's Motion for Partial Summary Judgment is currently February 5, 2004.

3. The parties request an extension for each of these deadlines through and including February 16, 2004 on the grounds that additional time is needed to prepare the responses and several discovery issues are still pending. No previous extensions have been sought.

2/4/04: Joint Motion GRANTED to and including 2/16/04.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.