IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:03CV00253 JBA |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC, | ) February 6, 2004 |
| | ) |
| Defendant. | ) |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant Equifax Information Services, LLC., ("Equifax"), by

counsel, and hereby files its Amended Answer to Plaintiff's Amended Complaint as

follows:

1.      Responding to the allegations contained in Paragraph 1 of Plaintiff's

Amended Complaint, Defendant Equifax admits that Plaintiff seeks relief under the stated

statutes.  Defendant Equifax denies that it is liable to Plaintiff under said statutes.

2.      Defendant Equifax admits the allegations contained in Paragraph 2 of

Plaintiff's Amended Complaint.

3.      Defendant Equifax admits the allegations contained in paragraph 3 of

Plaintiff's Amended Complaint.

4.      Defendant Equifax admits the allegations contained in Paragraph 4 of

Plaintiff's Amended Complaint.

5.      Defendant Equifax admits the allegations contained in Paragraph 5 of

Plaintiff's Amended Complaint.

6.     Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7.     Defendant Equifax admits the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8.     Responding to the allegations contained in paragraph 8 of Plaintiff's Complaint, Defendant Equifax states that it did not immediately provide Plaintiff with a copy of his credit disclosure following receipt of his December 12, 2002 letter, but that it did provide him with a copy, through his counsel, subsequently.

9.     Defendant Equifax denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10.    Defendant Equifax denies the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint since Plaintiff's file was off-line at the time of the Gulf Oil inquiries.

11.    Defendant Equifax admits the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

12.    Responding to the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint, Defendant Equifax states that it did not immediately provide Plaintiff with a copy of his credit disclosure following receipt of his may 27, 2003 letter, but that it did provide him with a copy subsequently.

13.    Defendant Equifax denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

ATLLIB01 1657338.1

14.     Responding to the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint, Defendant Equifax states that when a consumer's report is taken off-line, a potential creditor receives a message advising it that the report is off-line.

15.     Responding to the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint, Defendant Equifax states that once it is advised by its attorneys that a particular lawsuit has settled and/or that the Plaintiff's attorney has confirmed the accuracy of the contents of the report, then Equifax will place the file back on-line.

16.     Defendant Equifax denies the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17.     Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18.     Defendant Equifax denies the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

19.     Responding to the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint, Defendant Equifax states that it had in excess of $200 million in revenue during calendar year 2002.

20.     Defendant Equifax denies the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

21.     Any allegations contained in Plaintiff's Amended Complaint not heretofore specifically responded to by Equifax are denied.

## FIRST AFFIRMATIVE DEFENSE

As a defense, Defendant Equifax asserts that Plaintiff has not suffered any

ascertainable loss.

## SECOND AFFIRMATIVE DEFENSE

As a defense, Defendant Equifax asserts that Plaintiff fails to state a claim under

the Consumer Credit Reports Act.

This 5th day of February, 2004.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES, LLC

By: _____
J. Anthony Love, Esq.
Georgia Bar No. 459155
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

Jason Kuselias, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

ATLLIB01 1657338.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S AMENDED

ANSWER TO PLAINTIFF'S AMENDED COMPLAINT by depositing same in the

United States mail, properly addressed with sufficient postage affixed thereto to ensure

delivery to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

Dated: February 5, 2004