UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                              CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC                February 17, 2004

### PLAINTIFF'S MOTION TO STRIKE LOVE AFFIDAVITS

Pursuant to the teachings of De Cintio v. Westchester County Medical Center, 821 F.2d 111, 114 (2d Cir. 1987), plaintiff moves to strike as inadmissible parts of the Affidavits of J. Anthony Love, Equifax's counsel, submitted in support of defendant's Motion for Summary Judgment. The first Affidavit is appended to Memorandum in Support, Doc. No. 66; the Supplemental Affidavit is Doc. No. 73. Plaintiff also seeks such other and further relief as the Court deems just and equitable, as more fully stated in the Memorandum submitted herewith.

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

This is to certify that the foregoing was mailed on February 17, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

_____
Joanne S. Faulkner