UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SPECTOR                          :

v.                               :  NO. 3:03cv253 (JBA)

EQUIFAX                          :

FILED
APR 5  7 56 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference **and**
    *(Orefmisc.cnf)*

  - Supervising discovery and resolving discovery disputes:
    *(Orefmisc.dscv)*

✔ - Recommended Ruling On: **Doc. #58, Motion for Summary Judgment, doc. #65, Motion for Summary Judgment, doc. #72, Motion for Summary Judgment, doc. #76, Motion to Strike.**
    *(Orefm.)*

  - Referred for hearing:
    *(Orefcs.)*

                                    IT IS SO ORDERED.


                                    _____
                                    Janet Bond Arterton
                                    United States District Judge

Dated at New Haven, Connecticut: **April 02, 2004**