IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SPECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:03CV00253 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | MAY 19, 2004 |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION TO
SUPPLEMENT HIS REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Defendant Equifax Information Services LLC ("Equifax") hereby files its Opposition to Plaintiff's Motion for Permission to Supplement His Reply in Support of Motion for Summary Judgment as follows:

1.  Plaintiff's motion essentially seeks to add David Browne as a new witness in this case and essentially an expert witness at that. Mr. Browne has never been identified by Plaintiff as a witness, let alone as an expert. Further, he is apparently an employee of Equifax's competitor, Experian. His testimony has no probative value on the issues raised in the pending motions for summary judgment since it is simply his opinion on Experian's policies and procedures – not Equifax's.

2.  Further, the excerpt does not provide a complete transcript of Mr. Browne's testimony, and Equifax has not had an opportunity to cross-examine him.

3.     Finally, Plaintiff cannot rely upon his citation to the <u>Brown v. Experian</u> verdict in support of his motion for summary judgment.  The one-sentence reference to the <u>Brown</u> verdict hardly begins to explain all of the facts of that case or the basis for the jury's verdict.  Plaintiff should not be permitted to provide an incomplete summary of a jury verdict in a case against a different defendant in support of his motion for summary judgment.

WHEREFORE, Defendant Equifax requests that Plaintiff's Motion for Permission to Supplement His Reply in Support of Summary Judgment be denied.

Respectfully submitted,

EQUIFAX INFORMATION
   SERVICES, LLC


By_____
    Eric D. Daniels (ct 01582)
    Jason M. Kuselias (ct 20293)
    ROBINSON & COLE LLP
    280 Trumbull Street
    One Commercial Plaza
    Hartford, CT  06103-3697
    E-mail:  edaniels@rc.com
    E-mail:  jkuselias@rc.com
    Tel. No. (860) 275-8200
    Fax No. (860) 275-8299

    and, of counsel

    J. Anthony Love, Esq.
    Georgia Bar No. 459155
    KILPATRICK STOCKTON LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia  30309
    E-mail:  ToLove@kilstock.com
    Tel. No. (404) 815-6500

3

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been sent via first class mail, on the 19th day of May, 2004 to:

>Attorney Joanne S. Faulkner
>123 Avon Street
>New Haven, CT  06511-2422

_____
Eric D. Daniels

3