IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------x
:
WILLIAM SPECTOR :
: 3:03 CV 253 (JBA)
:
:
V. :
:
EQUIFAX INFORMATION SERVICES, : DATE: JUNE 7, 2004
LLC :
----------------------------------------------------------x

RULING ON PLAINTIFF'S MOTION FOR DISCOVERY ORDERS

Plaintiff's Motion for Discovery Orders, filed January 15, 2004 (Dkt. #62) is denied without prejudice as moot.

Dated at New Haven, Connecticut, this 7th day of June, 2004.

/s/
Joan Glazer Margolis
U.S. Magistrate Judge