IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                        :
WILLIAM SPECTOR                         :    3:03 CV 253 (JBA)
                                        :
                                        :
v.                                      :
                                        :
                                        :
EQUIFAX INFORMATION SERVICES, LLC       :    DATE: JUNE 15, 2004
                                        :
-----------------------------------------------------------x
```

## RULING ON DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Defendant's Motion for Leave to File Decision of June 2, 2004 as Supplemental Authority in Support of Its Motion for Summary Judgment, filed June 8, 2004 (Dkt. #93) is <u>denied without prejudice as moot</u>.

Dated at New Haven, Connecticut, this 15th day of June 2004.


                                  _____/s/_____
                                  Joan Glazer Margolis
                                  United States Magistrate Judge