UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR

v.                                            CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC             October 2, 2004

## PLAINTIFF'S OMNIBUS DISCOVERY MOTION

Plaintiff files this omnibus discovery motion pursuant to the Court's Ruling of

September 29, 2004, at 30, to set forth what discovery is still needed and specifics on

how it will affect Equifax's willful violations. The Court's Ruling, at pages 3, 4, 6, 9, 11,

27, refers to documents relating to willfulness that have apparently been filed under seal

so that plaintiff does not have them although they will necessarily be produced at trial.

Since there is a discrepancy about the date of Mr. Love's e-mail to Equifax, plaintiff also

requests production of the Kilpatrick / Equifax send and receive logs for the alternative

dates. The Ruling at 11 refers to the absence of any record evidence as to Equifax's

assertion about the success rate of the offline procedures, which Equifax should produce.

Finally, plaintiff requests permission to name experts, because the known adverse effect

of the offline procedures on consumers and commerce supports the claim of willfulness.

A more specific memorandum is filed herewith.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on October 2, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

_/s/ Joanne S Faulkner_____
Joanne S. Faulkner

2