UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR | JURY TRIAL DEMANDED |
| v. | CASE NO. 3:03CV 253 (JBA) |
| EQUIFAX INFORMATION SERVICES, LLC | OCTOBER 12, 2004 |

**PLAINTIFF'S SECOND MOTION FOR PERMISSION TO AMEND COMPLAINT**

Plaintiff moves for permission to amend the complaint to assert a new violation that occurred after the date of the Amended Complaint (Doc. No. 23). Fed. R. Civ. P. 15(d). The Complaint herein was filed on February 11, 2003, alleging that in December 2002, defendant did not provide plaintiff with a copy of his credit disclosure as mandated by the Fair Credit Reporting Act. The same thing happened again in 2003. In August, 2004, Equifax again did not respond to plaintiff's request for his consumer disclosure. Copy attached, with identifying information redacted.

Although each incident represents a separate violation, it would serve judicial economy and promote the just and speedy determination of plaintiff's claims against Equifax to permit the amendment. Plaintiff also seeks permission to incorporate the stipulations of the parties or the findings of the Court as well as specifying that the 2003 and 2004 requests were sent by certified mail because of defendant's failure to respond to the 2002 and 2003 requests.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was emailed on October 9, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

___/s/ Joanne S. Faulkner___
Joanne S. Faulkner

**WILLIAM B. SPECTOR, M.D.**
81 GRISSOM ROAD
MANCHESTER, CONNECTICUT 06040

August 21, 2004

Equifax
P.O. Box 740241
Atlanta, Georgia 30374

RE: Denial of Credit

Dear Sir/Madame:

On August 6, 2004, I received a denial of credit from BHG which referenced your reporting agency as having provided information which showed a history of delinquency with creditors. In light of this, would you please send me a copy of my credit report so that I might review the accuracy.

Sincerely yours,

William B. Spector, M.D.
Date of Birth: 5/15
Social Security #0

USPS - Track & Confirm                                            Page 1 of 1


**UNITED STATES POSTAL SERVICE**

## Track & Confirm

**Current Status**

You entered 7003 3110 0005 6508 8324

Your item was delivered at 7:01 pm on August 25, 2004 in ATLANTA, GA 30348.

*Shipment Details >*

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▸ Track & Confirm by email   What is this?   Go >


POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Equifax
   P.O. Box 740241
   Atlanta, GA 30374

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Date of Delivery
C. Signature
X     AUG 2 3 2004      ☐ Agent   ☐ Addressee
D. Is delivery address different from 1?  ☐ Yes
   If YES, enter delivery address below   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)   7003 3110 0005 6508 8324

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ATLANTA, GA 30374   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 086 |
| Certified Fee | 2.30 | Postmark |
| Return Reciept Fee (Endorsement Required) | 1.75 | Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSZ05 |
| Total Postage & Fees | $ 4.42 | 08/23/04 |

Sent To  Equifax
Street, Apt. No.;
or PO Box No. PO Box 740241
City, State, ZIP+4  Atlanta, GA 30374

PS Form 3800, June 2002                      See Reverse for

---

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output          8/26/2004