UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SPECTOR                                         JURY TRIAL DEMANDED

v.                                                      CASE NO. 3:03CV 253 (JBA)

EQUIFAX INFORMATION SERVICES, LLC                       OCTOBER 12, 2004

MEMORANDUM IN SUPPORT OF MOTION FOR PERMISSION TO AMEND

This case is brought under the Fair Credit Reporting Act based on defendant's intentional failure to comply with its grave obligations under the FCRA. Defendant continued to violate the FCRA in the same manner after this lawsuit, and after the Amended Complaint. Plaintiff could file a new lawsuit based on the events which occurred after this lawsuit was filed. <u>Maharaj v. Bankamerica Corp</u>., 128 F.3d 94, 97 (2d Cir. 1997) ("Accordingly, if, after the first suit is underway, a defendant engages in actionable conduct, plaintiff may -- but is not required to -- file a supplemental pleading setting forth defendant's subsequent conduct"). However, such a new suit would undoubtedly result in a motion to consolidate, in an effort to conjoin the two cases.

To avoid such procedural wheel-spinning, plaintiff requests permission to amend to try all the claims together.

I.    **PLAINTIFF IS ENTITLED TO FILE A SUPPLEMENTAL COMPLAINT TO ALLEGE AN ADDITIONAL CLAIM UNDER FED. R. CIV. P. 15(d).**

Federal law allows a Plaintiff, upon motion, to file and serve a supplemental complaint alleging "transactions or occurrences" which have arisen since the date of the original pleading. Specifically, the Rule provides:

> **Supplemental Pleadings.** Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve

> a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented. Permission may be granted even though the original pleading is defective in its statement of a claim for relief or defense. If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor.

Fed. R. Civ. P. 15(d).

Relief to file and serve such an amended complaint is "normally granted, especially when the opposing party is not prejudiced." Quarantino v. Tiffany and Co., 71 F.3d 58, 66 (2d Cir. 1995). The use of Rule 15(d) is "favored." Keith v. Volpe, 858 F.2d 467, 473 (9th Cir. 1988; Jund v. Town of Hempstead, 941 F.2d 1271, 1287 (2d Cir. 1991) (rejecting assertion that claims arising post-filing should not be admitted into evidence since party would have been allowed to amend).

## II. THIS AMENDMENT DOES NOT UNDULY PREJUDICE THE DEFENDANT

Granting Plaintiff permission to file and serve a supplemental complaint is justified by the facts and merits, and is further suggested in the interest of justice. Defendant simply cannot be prejudiced by this filing, as Defendant's questionable practices led to this violation of Federal and State law. The alternative would be to force Plaintiff to initiate a separate Federal lawsuit which would require a separate filing fee, a separate Rule 26(f) conference and Rule 26(f) report, and other legal work would be duplicated. There would also be separate court appearances for Plaintiff, Defendant, and their counsel.

In essence, the spirit and the letter of Rule 15(d) compels a finding that the court grant Plaintiff's motion.

CONCLUSION

For the reasons above stated, plaintiff's Motion to Amend the complaint should be granted.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on October 9, 2004, postage prepaid, to:

J. Anthony Love
Kilpatrick Stockton
1100 Peachtree St #2800
Atlanta GA 30309-4530

__/s/ Joanne S. Faulkner__
Joanne S. Faulkner