IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SPECTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:03CV253(JBA) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) November __, 2004 |
| | ) |
| Defendant. | ) |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff William Spector ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") and hereby request that the Court dismiss all claims against Equifax in the above-referenced matter with prejudice on the basis that Plaintiff and Equifax have reached a settlement agreement of all claims.

This 17 day of November, 2004.

| PLAINTIFF WILLIAM SPECTOR | DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES LLC |
|---|---|
| By: _[signature]_<br>Joanne S. Faulkner, Esq.<br>123 Avon Street<br>New Haven, Connecticut 06511 | By: _[signature]_ J. Anthony Love /ag<br>J. Anthony Love, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309 |

ATLLIB01 1840909.1