UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SPECTOR** | : |
| **v.** | :   NO. 3:03cv253 (JBA) |
| **EQUIFAX** | : |

### ENDORSEMENT ORDER [DOC. #105]

Agreed Motion to Dismiss With Prejudice [doc. #105] is GRANTED.

The Clerk is directed to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   November     , 2004**